# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        **CASE NO. 6:24-cr-10135-EFM**

**HUNTER C. BEIER,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ILLEGAL POSSESSION OF
A MACHINE GUN
[18 U.S.C. § 922(o)]**

On or about October 4, 2022, in the District of Kansas,

**HUNTER C. BEIER,**

the defendant herein, did knowingly and unlawfully possess a machine gun, that is a Goryunov type, Model SG43, 7.62x54R, serial number unknown.

In violation of Title 18, United States Code Section 922(o) and Title 18, United States Code, Section 2.

1

## COUNT 2

### ILLEGAL POSSESSION OF
### A MACHINE GUN
### [18 U.S.C. § 922(o)]

On or about October 4, 2022, in the District of Kansas,

**HUNTER C. BEIER,**

the defendant herein, did knowingly and unlawfully possess a machine gun, that is a Griffin Armament, Model MK1, 5.56mm NATO caliber, S/N MK18416.

In violation of Title 18, United States Code Section 922(o) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Counts 1-2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

      A.    a Goryunov type, Model SG43, 7.62x54R, S/N unknown;
      B.    a Griffin Armament, Model MK1, 5.56mm NATO caliber, S/N MK18416; and
      C.    Ammunition.

All pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

November 26, 2024             s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Counts 1-2:   18 U.S.C. §§ 922(o)**
**[Possession of a Machine Gun]**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).