AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| HUNTER C. BEIER | ) Case No. 6:24-cr-10135-EFM |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HUNTER C. BEIER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal possession of a machine gun. See attached indictment for additional charges.

Date: 11/27/2024

s/ M. Stamper, Deputy Clerk
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/27/2024, and the person was arrested on *(date)* 12/11/2024
at *(city and state)* Wichita, KS.

Date: 12/11/2024

*Troy Oberly*
*Arresting officer's signature*

Troy Oberly DUSM
*Printed name and title*

RECEIVED
By US Marshal Service at 9:21 am, Nov 27, 2024