# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) Case No. 6:24-CR-10135-EFM-1 |
| | ) |
| v. | ) Hon. Eric F. Melgren |
| | ) |
| Hunter C. Beier | ) |
|     Defendant. | ) |

### **APPEARANCE OF COUNSEL**

To the clerk of Court and all parties of record, I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the accused.

>  _/s/ *Gregory N. Watt*_____
>  Gregory N. Watt, KS Bar No. 26146
>  Attorney for the Defendant
>  700 Broadway KC, MO 64105
>  Phone: 913.433.3849bei
>  Fax: 816.994.9149
>  Email: gwatt@kcmetrodefense.com

---

### **CERTIFICATE OF SERVICE:**

I hereby certify that on this __21__ day of _____August_____, 2025 a copy of the above was sent via the CM/ECF system to all interested parties.

*/s/ Gregory N. Watt, Attorney for Defendant*